UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERY JOEL KIMPSON II,

Plaintiff,

Case No. 26-cv-12030
Hon. Matthew F. Leitman

v.

CITY OF DETROIT, *et al.*,

Defendants.

______________________________________________/

**ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 3) AND (2) DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE**

On June 17, 2026, Plaintiff Jeffery Joel Kimpson II filed this action against Defendants the City of Detroit and an unnamed City of Detroit police officer. (*See* Compl., ECF No. 1.) It appears that Kimpson never served his Complaint on the Defendants. Accordingly, on September 16, 2026, the Court issued an order directing Kimpson to show cause, in writing, by no later than September 30, 2026, why the Court should not dismiss this action for failure to prosecute (the "Show Cause Order"). (*See* Show Cause Order, ECF No. 3.) In the Show Cause Order, the Court warned Kimpson that the "[f]ailure to respond [to the Show Cause Order] may result in [the] dismissal of [his] case." (*Id.*)

Kimpson has not filed any response to the Show Cause Order. Nor has he contacted the Court to ask for additional time to respond. Accordingly, because

Kimpson did not respond to the Show Cause Order, and because it appears that he has not taken any other action to prosecute this action, the Court (1) **VACATES** the Show Cause Order and (2) **DISMISSES** Kimpson's Complaint **WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126